Opinion issued January 5,
2012.










 

 

 

 

 









 








 

     

In The

Court of Appeals

For The

First District of Texas

____________

 

NO. 01-11-00520-CV

____________

 

Morrell Masonry Supply, Inc., Appellant

 

V.

 

Living Waters Christian Church, Appellee

 

 

 



On Appeal from the 268th District Court 

Fort Bend County, Texas

Trial Court Cause No. 8DVC167692

 

 

 



MEMORANDUM
OPINION

          This is an
appeal from a judgment signed March 11, 2011.  On December 7, 2011, the parties filed a joint
motion to dismiss the appeal.  See Tex.
R. App. P. 42.1. 

The motion is granted, and the appeal
is dismissed.  See Tex. R. App. P. 42.1(a)(2), 43.2(e).  We
dismiss any other pending motions as moot. 
The Clerk is directed to issue mandate within 10 days of the date of
this opinion.  See Tex. R. App. P. 18.1.

                                                PER CURIAM

 

Panel consists of Justices
Keyes, Higley, and Massengale.